NUMBER
13-09-00272-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

LEONARD SIMMONS,
ANITA SIMMONS BOSWELL, 

CECIL R. SIMMONS, AND
MICHAEL SCOTT,                       Appellants,

 

                                                             v.

 

ROBERT DUNKIN,                                                                          Appellee.


____________________________________________________________

 

                           On
appeal from the 103rd District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before
Justices Yañez, Benavides, and Vela 

Memorandum Opinion
Per Curiam

 








Appellants,
Leonard Simmons, Anita Simmons Boswell, Cecil R. Simmons, and Michael Scott,
perfected an appeal from a judgment entered by the 103rd District Court of
Cameron County, Texas, in cause number 2009-02-1190-D.  The parties have filed
a joint motion to dismiss the appeal on grounds that the controversy made the
basis of this cause has been settlement by agreement between the parties.  The
parties request that this Court dismiss the appeal and tax costs against the
party or parties by whom such costs were incurred.  

The
Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.  In
accordance with the agreement of the parties, costs are taxed against the party
incurring same. See Tex. R. App.
P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant.").  Having dismissed the appeal at the
parties’ request, no motion for rehearing will be entertained, and our mandate
will issue forthwith.

 

PER
CURIAM

Delivered and filed the  

15th day of July, 2010.